IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION


JOHN T. STITTEN,                    :
                                    :
            Plaintiff,              :
                                    :
vs.                                 :   CIVIL ACTION 09-0048-WS-M
                                    :
WARDEN GOODMAN,                     :
                                    :
            Defendant.              :



ORDER


    After due and proper consideration of all portions of this
file deemed relevant to the issues raised, and there having been
no objections filed, the Report and Recommendation of the
Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED**
as the opinion of this Court.  It is **ORDERED** that this action be
and is hereby **DISMISSED** without prejudice for failure to
prosecute and to obey the Court's Order.

    DONE this 9th day of July, 2009.


                             S/WILLIAM H. STEELE
                            UNITED STATES DISTRICT JUDGE