```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

JOHN T. STITTEN,                  :
                                  :
        Plaintiff,              :
                                  :
vs.                               :   CIVIL ACTION 09-0048-WS-M
                                  :
WARDEN GOODMAN,                   :
                                  :
        Defendant.              :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 9th day of July, 2009.

                                              S/WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE